```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0091--CR (RRB)
                              "USA V SIMEON WASILI"
                             DEF 1.1 WASILI, SIMEON

                 Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  09/21/05
            Closed:  NO
No. of Defendants:  1
    MJ Case Number:
               AKA:
   Location status:  Other Custody
        Trial date:  01/09/05
        Terminated:  NO
 Needs interpreter:  NO
 Counsel of record:  Mary Jane Haden
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  David A. Nesbett
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 WASILI, SIMEON

Document           Count      Citation and Description                         Disposition

    1 -   1 IND      1        18:922(g)(1) & 924(a)(2) FELON IN POSSESSION OF A   Pending
                              FIREARM (F)

    1 -   1 IND      2        18:924(d)(1) (F)                                    Pending
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A05-0091--CR (RRB)
                                    "USA V SIMEON WASILI"

                                     For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 09/21/05
             Closed: NO
No. of Defendants: 1


 Document #   Filed      Docket text

 NOTE -    1  09/21/05   [Re: DEF 1] Issued WOA.

    1 -    1  09/21/05   [Re: DEF 1] PLF 1 Indictment.

    2 -    1  09/21/05   [Re: DEF 1] RRB Grand Jury Minutes.  Warrant of arrest to be issued.
                         Habeas Ad Pros to follow.  No Bail set.  (Detention per 18:3142).  Set
                         for arraignment and notify USM.  In State Custody, Yukon Kuskokwim
                         Bethel, Ak.

    3 -    1  11/03/05   [Re: DEF 1] PLF 1 motion (ex parte) (petition) for writ of H/C ad
                         prosequendum.

 NOTE -    2  11/04/05   Issued: Writ of H/C ad pros

 NOTE -    3  11/04/05   Notation: Proposed trial date setting for arraignment forwarded to
                         chambers.

    4 -    1  11/04/05   [Re: DEF 1] JDR Order granting motion (petition) for writ of H/C ad
                         prosequendum (3-1). cc: USA, USM, USPO, def w/USM cy

    5 -    1  11/15/05   [Re: DEF 1] JDR Court Minutes re Arr on Indictment (held 11/15/05);
                         plead Not Guilty to Cts 1 & 2 of Indt; M.J. Haden accepted FPD
                         appointment; M.J. Haden advised she would be unavailable from 12/2/05
                         thru 12/25/05; def detained.  cc:  USA, FPD, USM, USPO

    6 -    1  11/15/05   DEF 1 Financial Affidavit.

    7 -    1  11/15/05   [Re: DEF 1] JDR Order of Detention Pending Trial.  cc:  USA, FPD, USM,
                         USPO

    8 -    1  11/15/05   [Re: DEF 1] JDR Order regarding preparation for trial; PTMs due 12/7/05.
                         cc:  USA, FPD

    9 -    1  11/16/05   [Re: DEF 1] Return of WOA unexecuted-writ of HC Ad Pros issued.

   10 -    1  11/18/05   DEF 1 Entry of Appearance of MJ Haden.

   11 -    1  11/22/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   12 -    1  11/29/05   [Re: DEF 1] RRB Minute Order setting trial by jury for 1/9/06 at 8:30
                         a.m. and Final PT Conf for 1/4/06 at 8:45 am. in courtroom #2. cc: AUSA,
                         FPD, USM, USPO, MJ ROBERTS, JC
```