M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>SIMEON WASILI,<br><br>                  Defendant. | Case No. A05-0091 CR (JDR)<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

       Defendant, SIMEON WASILI, by and through counsel M. J. Haden, Staff Attorney, notifies this court of his intent to change his plea in the above-referenced case. There is no written plea agreement.

       Mr. Wasili requests that the final pretrial conference scheduled for January 4, 2006, and the trial by jury scheduled for January 9, 2005, be vacated. Mr. Wasili further requests that the court schedule a change of plea hearing at a time convenient to the court and counsel. Undersigned counsel is scheduled to be in Fairbanks on January 5, 2006, and is in trial the week of January 9th in <u>United States v. Evertson</u>, A05-063 CR (JWS).

DATED this 3rd day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 3, 2006, a copy of the foregoing Notice of Intent to Change Plea was served electronically on David A. Nesbett, Esq.

/s/ M. J. Haden