RECEIVED
FEB 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | ) |
| | ) Case No. A05-091 CR (RRB) |
| SIMEON WASILI, | ) |
| | ) |
| On Writ of Habeas Corpus | ) WRIT OF HABEAS CORPUS AD |
| | ) PROSEQUENDUM |
| _____ | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| DISTRICT OF ALASKA | ) |
| | ) |
| _____ | ) |

2005 NOV 07 AM 9:09
RECEIVED
U.S. MARSHALS SERVICE
ALASKA

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of Alaska, or his duly authorized representative.

GREETINGS:

  We command that you have the body of SIMEON WASILI, by you imprisoned and detained as it is said, at the Yukon-Kuskokwim facility in Bethel, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Anchorage, Alaska, for scheduling an arraignment/initial appearance, and other proceedings as the Court may desire,

thereafter and as necessary in <u>United States of America v. Simeon Wasili</u>, Case No. A05-091 CR (RRB), now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 4th day of November, 2005.

IDA ROMACK
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK

MARSHALS RETURN

I hereby certify that this writ was properly executed by transporting
SIMEON WASILI from SOA-DOC
to US DISTRICT COURT for further proceedings.

RL - FROM THIS WRIT
2/18/2006. STATE
TIME FINISHED.
(FED. PRISONER)

Randy M. Johnson
U.S. MARSHAL

By: _____
Deputy U.S. Marshal

Certified to be a true and correct copy of original filed in my office.
Dated 11-4-05
IDA ROMACK, Clerk
By _____ Deputy

2