M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>SIMEON WASILI,<br><br>     Defendant. | Case No. 3:05-cr-0091-JDR<br><br>**SIMEON WASILI'S SENTENCING MEMORANDUM** |

    Defendant, SIMEON WASILI, by and through counsel M. J. Haden, Staff Attorney, files the following sentencing memorandum to aid the court at the imposition of sentence hearing scheduled for Friday, April 7, 2006.

I.  PROCEDURAL HISTORY

    Mr. Wasili is charged with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g). At the time of the offense, Mr. Wasili was on probation with the state of Alaska. He was arrested on May 11, 2005. On May 17, 2005, his probation officer filed a petition to revoke his probation. Included in the allegation was that Mr. Wasili possessed a firearm in violation of general condition #5 of his state supervision. This

allegation was based on the same conduct as alleged in the federal indictment. On July 20, 2005, Mr. Wasili appeared before Honorable Leonard R. Devaney, III, in Bethel, Alaska. Mr. Wasili admitted to the revocation petition alleging that he possessed a firearm. His admission was entered in exchange for the prosecutor's promise that no new criminal charges would be filed as a result of his admissions and that the state would recommend a sentence of 14 months. At the hearing, Judge Devaney summarized the agreement as follows:

> All right. As I understand it, you're going to be admitting to allegations 4, 5, and 6, for being with minors under the age of 16 or residing with minors; number 5, committing the offense of resisting arrest; and number 6, having a firearm on your person. Do you understand that you're going to be admitting those, and that agreement is you will have 14 months imposed of your suspended time, <u>no new charges</u> or new PSRs will be filed against you involving these incidents, do you understand?

Attachment A, Transcript from 4BE-S03-1493 CR, page 7.

As a result of admitting to the probation violations, Mr. Wasili received a 14 month sentencing on August 2, 2005. Despite the state's promise not to file any new charges arising from the incidents alleged in the revocation petition, on September 21, 2005, the government filed a federal indictment charging Mr. Wasili with being a felon in possession of a firearm. The government's charge is identical to allegation #6 contained in the revocation petition.

Mr. Wasili was arraigned in federal court on November 15, 2005, pursuant to a writ of habeas corpus ad prosequendum. He filed no pre-trial motions. He entered a guilty plea on January 18, 2006. On February 18, 2006, he completed his state sentence and was transferred into federal custody. He is scheduled for imposition of sentence on April 7, 2006.

II.   MR. WASILI'S PERSONAL HISTORY

Mr. Wasili is a 24 year old Native Alaskan from the Village of Chefornak. He is single and has no children. His primary language is Yupik and he has never traveled outside the state of Alaska. His family lives a subsistence life-style. Although Mr. Wasili assists his family with subsistence hunting and fishing, he also has worked as labor on various construction projects in the Village.

For the past five years, Mr. Wasili has suffered from depression and alcoholism. He has received counseling the Village behavioral health clinic and has been prescribed Zoloft in the past. He reports two suicidal episodes, the last being associated with the events of this case. He is open to further mental health counseling.

III.   PROPOSED SENTENCE

The presentence report places Mr. Wasili in a sentencing range of 37 to 46 months. Mr. Wasili is in agreement with this calculation. Mr. Wasili respectfully submits that in light of the promises made to secure his admission to the state probation revocation, in addition to his mental health condition, he receive the low end of the range. Thus, he requests that the court sentence him to 37 months.

///

///

///

///

///

DATED this 3rd day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on April 3, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden