NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00091-RRB |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| v. | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| SIMEON WASILI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, JAMES BARKELEY, am an Assistant United States Attorney and represent the

Plaintiff in this action.

1.      On January 18, 2006, defendant SIMEON WASILI pled guilty to Counts 1 and

2 (including Criminal Forfeiture Count 2) of the Indictment issued in this case.  On July 18,

2006, the Honorable John W. Sedwick entered a Preliminary Order of Forfeiture against the

above-named defendant, forfeiting to the United States the defendant's interest in the .22

CALIBER RIFLE, REMINGTON MODEL 66, SERIAL NUMBER 2255576, described in

Count 2.  Docket 26.

2.      Pursuant to 21 U.S.C. § 853(n)(1), persons asserting a legal interest in the

above-described forfeited firearm are entitled to a judicial determination of the validity of

the legal claims or interests they assert.

3.      The Bureau of Alcohol, Tobacco, Firearms, & Explosives ("ATF") published

notification of the Court's July 18, 2006 Preliminary Order of Forfeiture in the Tundra

Drums on October 19, October 26, and November 2, 2006.  Exhibit 1.  Said published notice

advised all third persons of their right to petition the Court within 30 days of the publication

date for a hearing to adjudicate the validity of their alleged legal interest in the subject

firearm.

4.      No petitions of interest or other claims or requests for an ancillary hearing with

regard to the above-described firearm have been filed by any other person or entity within

the time allowed by law.

5.      Declarant knows of no reason why a final decree of forfeiture should not now

be issued declaring said firearm be forfeited as to all persons.  Full right, title and interest in

the above-described firearm shall be and hereby is vested in the United States.

Further, the ATF and its property manager and/or its contractor should be directed to

U.S. v. SIMEON WASILI
Case No. 3:05-cr-091-RRB                                    2

dispose of the above-described firearm and pay any and all costs according to law.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 5th day of December, 2006 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy
of the foregoing DECLARATION OF COUNSEL was sent electronically
this 5th day of December, 2006, to:

M.J. HADEN  (Counsel for Simeon Wasili)
Office of the Federal Public Defender
550 W. 7th Avenue, Suite 1600
Anchorage, AK 99501

s/James Barkeley