## ALASKA NEWSPAPERS INC.
### 301 CALISTA COURT, SUITE B
### ANCHORAGE, ALASKA 99518-3028
☎(907) 272-9830          *          📠(907) 272-9512

**BUREAU OF ATF&E**
**RECARIA HILL**
**650 MASSACHUSETTS AVE, NW**
**TECHWORLD RM 710**
**WASHINGTON, DC  20226**

Date: November 7, 2006
CASE/PO: 3:05-CR-00091-RRB
INVOICE : TD311117
PAPER: <u>TUNDRA DRUMS</u>

---

# AFFIDAVIT OF PUBLICATION

UNITED STATES OF AMERICA, STATE OF ALASKA, THIRD DIVISION. BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC THIS DAY PERSONALLY APPEARED **SHANNON MOONEY** WHO, BEING FIRST DULY SWORN, ACCORDING TO LAW, SAYS THAT SHE IS THE BILLING CLERK FOR:

**THE TUNDRA DRUMS,**

PUBLISHED AT ANCHORAGE IN SAID DIVISION THREE AND STATE OF ALASKA AND THAT THE ADVERTISEMENT, OF WHICH THE ANNEXED IS A TRUE COPY, WAS PUBLISHED IN SAID PUBLICATION ON <u>10/19/2006</u> AND THEREAFTER FOR A TOTAL OF <u>3</u> CONSECUTIVE ISSUE(S), THE LAST PUBLICATION APPEARING ON <u>11/2/2006</u>, AND THAT THE RATE CHARGED THEREON IS NOT IN EXCESS OF THE RATE CHARGED TO PRIVATE INDIVIDUALS.

_____
**SHANNON D. MOONEY**
**BILLING CLERK, ALASKA NEWSPAPERS**


STAMP

SUBSCRIBED AND SWORN TO ME ON <u>November 7, 2006</u>

_____
**CHRISTINA RITTER**
**MY COMMISSION EXPIRES ON MARCH 24, 2009**

Exhibit ___1___
Page __1__ of __3__ pages

NOTICE OF JUDICIAL FORFEITURE:

<u>UNITED STATES OF AMERICA v. SIMEON WASILI</u>
Case No. 3:05-cr-00091-RRB

To all interested persons in the above-styled case, notice is hereby given that on July 18, 2006, the United States District Court for the District of Alaska, the Honorable Ralph R. Beistline presiding, entered a Preliminary Order of Forfeiture forfeiting one .22 CALIBER RIFLE, REMINGTON MODEL 66, SERIAL NUMBER 2255576, to the United States of America pursuant to 18 U.S.C. § 924(d)(1).

Pursuant to 21 U.S.C. § 853(n)(2), any person other than the defendant asserting a legal interest in the forfeited property must petition the court, within 30 days of the final publication or personal receipt of this notice, whichever is earlier, for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, and interest in the property, and any additional facts supporting the petitioner's claim and the relief sought.

All such petitions must be filed with the Office of the Clerk, U.S. District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

Exhibit 1
Page 2 of 3 pages



# Department of the Treasury
*Federal Law Enforcement Agencies*
**PROCESS RECEIPT AND RETURN**

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>3:05-cr-091-RRB |
|---|---|
| DEFENDANT<br>**SIMEON WASILI** | TYPE OF PROCESS<br>**Publication** |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
| | **TUNDRA DRUMS** |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>301 Calista Court, Suite B, Anchorage, AK 99518    Telephone: (907) 272-9830    Fax: (907) 272-9512 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| **KATIE VOKE**<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9, Room 253<br>Anchorage, AK 99513-7567 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please publish the attached Notice of forfeiture in the above-referenced newspaper once a week for 3 consecutive weeks.

| Signature of Attorney or other Originator requesting service on behalf of | PLAINTIFF XXXX | TELEPHONE NO. | DATE |
|---|---|---|---|
| Katie Voke | DEFENDANT | (907) 271-2304 | 9/26/06 |

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS    10/2/06

SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. 1 | District to Serve No. 1 | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE 10/2/06 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, HAVE LEGAL EVIDENCE OF SERVICE, HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:<br>Bureau of ATF | A person of suitable age and discretion then residing In the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: Asset Forfeiture / Seized Property Branch<br>(complete only if different than shown above)<br>650 Massachusetts Ave., NW<br>Techworld, Suite 710<br>Washington, DC 20226 | DATE OF SERVICE<br>11/17/06 | TIME OF SERVICE | AM<br>PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

REMARKS: See Attached

Exhibit 1
Page 3 of 3 pages